UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES OLALLA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATCHCRAFT LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:22-cv-06950-FLA (MRWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the September 9, 2024 Order granting Defendant Matchcraft LLC's Motion for Summary Judgment (Dkt. 32),

IT IS ORDERED AND ADJUDGED that Plaintiff Andres Olalla shall take nothing, the action shall be DISMISSED WITH PREJUDICE on the merits, and Defendant Matchcraft LLC shall recover its costs.

IT IS SO ORDERED.

Dated: September 13, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge